# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403

# NOT DESIGNATED FOR PUBLICATION

## REHEARING ACTION: August 15, 2012

**Docket Number: 12  00010-CA**

**THEODORE S. CARMICHAEL, ET AL.**
**VERSUS**
**THE BASS PARTNERSHIP AND BOPCO, L.P., ET AL.**

**Appealed from Acadia Parish Case No. 84,484**

**<u>BEFORE JUDGES</u>:**

Hon. Oswald A. Decuir
Hon. Jimmie C. Peters
Hon. J. David Painter

As counsel of record in the captioned case, you are hereby notified that the applications for rehearing filed by **Continental Land & Fur Company, The Bass Partnership and BOPCO, L.P.** have this day been

**GRANTED.**
(A majority opinion on rehearing is also being rendered on this date.)

However, the applications for en banc rehearing filed by **Continental Land & Fur Company, The Bass Partnership and BOPCO, LP** have this day been

**DENIED.**

cc: Guy Earl Wall, Counsel for the Appellant
    Paul Edward Bullington, Counsel for the Appellant
    Jonathan Robert Cook, Counsel for the Appellant
    Gerald Francis Slattery, Jr., Counsel for the Appellee
    David Stephen Landry, Counsel for the Appellee
    Colleen Carr Jarrott, Counsel for the Appellee
    Adam Bennett Zuckerman, Counsel for the Appellee
    Roy Clifton Cheatwood, Counsel for the Appellee
    Nancy Scott Degan, Counsel for the Appellee
    David Lyman Browne, Counsel for the Appellee